EL PUEBLO, DEMANDANTE Y APELADO, *v.* MARTÍNEZ ET AL., ACUSADOS, IN RE CONCEPCIÓN ET AL., FIADORES Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por delito de juegos prohibidos. Incidente sobre confiscación de fianza.

No. 1281.—Resuelto en noviembre 18, 1918.

CONFISCACIÓN DE FIANZA—FALTA DE COMPARECENCIA DEL ACUSADO.—Cuando un acusado en libertad bajo fianza falta en comparecer y la corte ordena la confiscación de la fianza después de haber oído a los fiadores, a menos que se demuestre que la corte abusara de su poder discrecional, la orden apelada debe confirmarse.

Los hechos están expresados en la opinión.
Abogado de los apelantes: *Sr. José Soto Rivera.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

En la Corte de Distrito de Humacao se siguió una causa criminal contra Ruperto Martínez y Nicolás Vázquez que terminó por sentencia dictada en contra de los acusados. Estos apelaron para ante el Tribunal Supremo que confirmó la sentencia recurrida. Entonces se requirió a Genaro Concepción y Carmen Festal, fiadores de los apelantes, para que, de acuerdo con los términos de la fianza, hicieran comparecer a sus fiados ante la Corte de Distrito de Humacao el día 1 de abril de 1918, a las nueve de la mañana, apercibiéndo-

seles de que si no comparecían la fianza sería confiscada. El 1 de abril faltó en comparecer el acusado Nicolás Vázquez. El fiscal solicitó la confiscación de la fianza y la corte así lo decretó. Los fiadores entonces, el 4 de abril de 1918, presentaron una moción a la corte pidiéndole que reconsiderara la resolución que había dictado, porque si bien era cierto que su fiado había dejado de comparecer, se debía al hecho de haber sido arrestado en Fajardo en las primeras horas de la mañana del 1 de abril. La corte fijó el doce de abril para discutir la moción y el mismo día, después de oídas ambas partes, la declaró sin lugar. Como prueba de su aserto los fiadores presentaron una certificación expedida por el marshal de la Corte Municipal de Fajardo en la que dicho funcionario hizo constar que el día 1 de abril y "en las primeras horas de la mañana" recibió una orden de arresto contra Nicolás Vázquez la cual fué debidamente cumplimentada, sin expresar cuándo.

Por virtud de lo expuesto se concluye sin esfuerzo alguno que la corte de distrito no abusó de su poder discrecional. La certificación del marshal es muy vaga. Pudo haber recibido la orden en las primeras horas de la mañana del primero de abril y cumplimentarla en las últimas de la mañana, o por la tarde, o después. Además Fajardo se encuentra a regular distancia de Humacao y para estar presente en Humacao a las nueve de la mañana, aún contando el acusado con los medios más rápidos de comunicación, debió salir cerca de dos horas antes de las nueve.

Siendo esto así, de acuerdo con la jurisprudence establecida por esta corte en el caso de *El Pueblo* v. *Soto,* 24 D. P. R. 489, procede la confirmación de la orden recurrida.

*Confirmada la orden apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Wolf no intervino.